ITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HAKKASAN LV, LLC and HAKKASAN LIMITED, )
)
       Plaintiffs, )  2:13-cv-01122-GMN-CWH
)
v. )  Case Number
TSANG HANG WANG and PRIME NIGHTLIFE, )
LLC, )
)  AFFIDAVIT AND REQUEST FOR
)  ISSUANCE OF WRIT OF EXECUTION
       Defendants. )

STATE OF NEVADA  )
) ss.
COUNTY OF CLARK  )

I, SHAUNA L. NORTON, hereby state on oath:

1. Judgment for $126,019.22, was entered on May 16, 2014, in the docket of the above entitled Court action in favor of: Hakkasan LV, LLC and Hakkasan Limited as Judgment Creditor, and against Tsang Hang Wang and Prime Nightlife, LLC as Judgment Debtor.

   (IF A REGISTERED JUDGMENT):
   Said Judgment was registered herein under Title 28, U.S.C. Sec. 1963, being a Judgment which was obtained in Civil Case No. n/a In the U.S. District Court for the n/a District of n/a and which has become FINAL.

2. I am the attorney for said judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:
   $ 9751.82  [1] accrued interest, computed at 5.25 %*
   $ _____ accrued costs and fees.

*Judgments registered under 28 U.S.C. Sec. 1963 bear the rate of interest of the District of Origin.

---

[1] This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.

CREDIT must be given for payments and partial satisfaction in the total amount of

$ 0.00                                    which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ _____ ACTUALLY DUE on this date. Of this total,

$ 126,019.22                              is the amount of the original Judgment as entered still remaining due
and bearing interest at 5.25      % in the amount of   $ 18.13                          PER DAY
from this date:

DATED: November 5, 2014

_____Shauna Norton_____
Attorney for Judgment Creditor

SUBSCRIBED and SWORN to before me
this   5th         day of   November, 2014.

_____Christopher Lengemann_____
NOTARY PUBLIC in and for the County of
   Clark              , State of Nevada.

(SEAL)

Christopher J. Lengemann
Notary Public, No. 07-1862-1
State of Nevada
My Comm. Exp. February 22, 2015

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HAKKASAN LV, LLC and HAKKASAN LIMITED,

        Plaintiffs,

v.

TSANG HANG WANG and PRIME NIGHTLIFE, LLC,

        Defendants.

2:13-cv-01122-GMN-CWH
Case Number

WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On May 16, 2014, a Judgment was entered in the docket of the above-entitled Court and action, in favor of Hakkasan LV, LLC and Hakkasan Limited as Judgment Creditor, and against Tsang Hang Wang and Prime Nightlife, LLC as Judgment Debtor, for

$ 101,000.00     principal,

$ 25,019.22     attorney fees,

$     interest, and

$     costs making a total of

$ 126,019.22     JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

$     accrued interest, and

$     accrued costs and fees, making a total of

$     ACCRUED INTEREST, COSTS AND FEES.

CREDIT must be given for payments and partial satisfactions in the amount of
$ _____ which is to be first credited against the total accured interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$ 135.789.17 ACTUALLY DUE on the date issuance of this writ, of which

$ _____ is due on the Judgment as entered, and bears interest at _____ % per annum, in the amount of $ _____ PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by attorney.)

Notice by mail of any sale under the writ of execution   ○ Has   ○ Has Not   been requested.
The following named persons have requested such notice of sale:

| NAME | ADDRESS |
|------|---------|
|      |         |

    YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of his real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

    Judgment Creditor/Plaintiff will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

    YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

LANCE S. WILSON            November 6, 2014
CLERK                                        DATE

*Lance S. Wilson*
(By) DEPUTY CLERK