# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HAKKASAN LV, LLC, et al.,

    Plaintiffs,

vs.

TSANG HANG WANG, et al.,

    Defendant.

Case No. 2:13-cv-01122-GMN-CWH

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Judge Debtor Exam (#30), filed November 5, 2014. On May 16, 2014, the Court entered default judgment in favor of Plaintiffs against Defendants Tsang Hang Wang and Prime Nightlife, LLC. (#28). As part of the judgment, Defendants were ordered to pay Plaintiffs the following: (1) $1,000 in nominal damages, (2) $100,000 in statutory damages, and (3) $25,019.22 in attorneys' fees and costs. *Id*. Having secured this judgment, Plaintiffs now request an order requiring Defendant Tsang Hang Wang to (1) appear and be examined under oath regarding property and assets, and (2) produce several categories of documents to Plaintiffs' counsel approximately two weeks prior to the examination.

Federal Rule of Civil Procedure 69 provides that the procedure regarding "proceedings supplementary and in aid of judgment or execution–must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *See* Fed. R. Civ. P. 69(a)(1). Under Nevada law:

> A judgment creditor, at any time after the judgment is entered, is entitled to an order from the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property, before:
>
> (a) The judge or a master appointed by the judge; or
>
> (b) An attorney representing the judgment creditor,
>
> at a time and place specified in the order. No judgment debtor may be required to

appear outside the county in which the judgment debtor resides. *See* Nevada Revised Statutes ("NRS") 21.270(1). Federal Rule of Civil Procedure 69 further provides that "[i]n aid of judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person–including the judgment debtor–as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2). The scope of post-judgment discovery is broad and the judgment-creditor is permitted to make a broad inquiry to discover any hidden or concealed assets of a judgment-debtor. *1st Technology, LLC v. Rational Enterprises, LTDA*, 2007 WL 5596692 *4 (D. Nev.) (citation omitted).

The requested judgment-debtor exam is authorized under the aforementioned law. The undersigned expresses no view regarding the several categories of documents Plaintiffs request that the Judgment Debtor bring to the examination, except to say that such requests must conform to the Federal Rules or "the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2); *see also Alcalde v. NAC Real Estate Investments & Assignments, Inc.*, 580 F. Supp. 2d 969, 971 (C.D. Cal. 2008) ("The judgment creditor may also propound discovery to the judgment debtor, including requests for production and/or inspection of documents.").

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Judge Debtor Exam (#30) is **granted**.

**IT IS FURTHER ORDERED** that Judgment Debtor/Defendant TSANG HANG WANG shall appear on **Wednesday, December 17, 2014 at 1:00 PM** at the office of Greenberg Traurig, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169 to then and there answer questions under oath regarding TSANG HANG WANG's assets and means of paying the judgment in this matter and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

**IT IS FURTHER ORDERED** that Judgment Debtor/Defendant TSANG HANG WANG shall refrain from effectuating any transfer of or interference with any property that is not exempt from execution.

1  **IT IS FURTHER ORDERED** that a copy of this order shall be personally served upon the
2  Judgment Debtor at least **fourteen (14)** calendar days before the hearing scheduled herein and
3  proof of service filed with the Court. Failure to appear may subject the Judgment Debtor to
4  sanctions for contempt of court.
5        DATED: November 6, 2014.

                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**