# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, and HAKKASAN LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>TSANG HANG WANG, and PRIME NIGHTLIFE,<br><br>    Defendants. | Case No. 2:13-cv-01122-GMN-CWH<br><br>**ORDER** |

  This matter is before the Court on Defendant Tsang Hang Wang's *Ex Parte* Motion for Order Shortening Time (#41), filed December 17, 2015. The Court has reviewed Defendant's request and declines to shorten time as requested. The motions to which the request relates have all been fully briefed and will be addressed in due course. Accordingly,

  **IT IS HEREBY ORDERED** that Defendant's *Ex Parte* Motion for Order Shortening Time (#41) is **denied**.

  DATED: January 27, 2015.

                _____
                **C.W. Hoffman, Jr.**
                **United States Magistrate Judge**