# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, and HAKKASAN LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> TSANG HANG WANG, and PRIME NIGHTLIFE, <br><br> Defendants. | Case No.  2:13-cv-01122-GMN-CWH <br><br> **ORDER** |

      This matter is before the Court on Defendant Tsang Hang Wang's Motion to Quash (#42), filed December 17, 2014; Plaintiffs' Response (#52), filed December 31, 2014; and Defendant's Reply (#53), filed January 9, 2015.  Defendant's request that the Court quash service based on the fact that the summons and complaint were served via email will be denied.  On July 10, 2013, the Court entered an order specifically permitting, as requested by Plaintiffs, service of the summons and complaint by email.  *See* Order (#12) at 4:25-5:2.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Quash (#42) is **denied**.

      DATED: January 28, 2015.

                                            _____
                                            **C.W. Hoffman, Jr.**
                                            **United States Magistrate Judge**