AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Hakkasan LV, LLC, et al.

Plaintiffs,

V.

Tsang Hang Wang, et al.

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-CV-1122-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that defendants Tsang Hang Wang and Prime Nightlife, LLC., their respective officers, agents, servants, employees, and/or all persons acting in concert or participation with them, are permanently enjoined (1) from using plaintiffs' trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites and in domain names); and (2) from registering, owning, leasing, selling or trafficking in any domain name containing plaintiffs' trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

IT IS FURTHER ORDERED that the current registrar of the <hakkasanlasvegas.net> domain name shall immediately unlock and permanently transfer the <hakkasanlasvegas.net> domain name to plaintiff Hakkasan LV, LLC;

IT IS FURTHER ORDERED that defendants pay plaintiff Hakkasan LV, LLC $1,000 in nominal damages for corrective advertising;

IT IS FURTHER ORDERED that defendants pay plaintiff Hakkasan LV, LLC statutory damages of $100,000.00;

IT IS FURTHER ORDERED that Defendants pay plaintiffs' attorneys' fees and costs in the amount of $25,019.22;

IT IS FURTHER ORDERED that plaintiffs' cash deposit of $100.00 be released from the registry account of this court and returned to Greenberg Traurig.

IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this court for the purpose of enforcement of this Judgment.

May 5, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ P. Smythe

(By) Deputy Clerk